# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESPIERRES STREATER,
Appellant,
vs.
DEYANA KOLEVA,
Respondent.

No. 74036

**FILED**

OCT 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on September 21, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: Elizabeth AB

cc: Hon. Ronald J. Israel, District Judge
LesPierres Streater
Deyana Koleva
Eighth District Court Clerk

17-36015